FILED
CLERK, U.S.D.C. SOUTHERN DIVISION
MAY 2 3 2011
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>Gaxiola, Juan<br><br>Defendant. | Case No.: SACR 06-83-JVS<br><br>ORDER OF DETENTION AFTER HEARING<br>[Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the ___CD CA___, for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A. ☒ The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on ___conduct in not complying with supervision conditions; his ongoing substance abuse problem; his assoc w/multiple personal identifiers___

and/or

B. (X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on criminal history record; commission of new offenses while under supervision; substance abuse history; gang affiliation

IT THEREFORE IS ORDERED that the defendant be detained pending further revocation proceedings.

DATED: 5/23/11

ROBERT N. BLOCK
UNITED STATES MAGISTRATE JUDGE